Date: 04/13/11　　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　　　　　　　　Page:
Check Number 1004 Dated 04/13/11
Case Number 10-18331 - MORELLO, MARY-JO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 000001 | 898.26 | 0.08 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000002 | 9,400.33 | 0.83 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000003 | 2,379.23 | 0.21 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000005 | 22,770.63 | 2.02 |
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 000006 | 15,273.69 | 1.35 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000007 | 8,886.66 | 0.79 |
| Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702<br>　　(8-1) 2437 | 000008 | 678.10 | 0.06 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>　　(9-2) ADD DOCUMENTATION | 000009 | 2,781.42 | 0.25 |
| ---------- Remittance Total ---------------- | | 63,068.32 | 5.59 |

Waldemar J. Wojcik, Trustee

COURT1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/13/11 01:58 PM　　Ver: 16.02

10-18331-aih　　Doc 26　　FILED 04/18/11　　ENTERED 04/18/11 14:49:55　　Page 1 of 1